IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUN BELT COMMODITIES, INC., | § | CASE NO. 14-36113-H1-7 |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**NOTICE OF APPEARANCE COMBINED
WITH REQUEST FOR SERVICE OF NOTICE**

To the Debtor(s), Trustee, All Creditors and All Other Interested Parties:

You are hereby given notice that Terry D. Key of the Law Firm of Jones, Galligan, Key & Lozano, L.L.P. has been engaged by the creditor identified below to represent its interests in this matter and shall be appearing herein on its behalf:

**HARTLEY PRODUCE
Mr. Kenneth P. Hartley
4925 Rancho Toluca Rd.
Mercedes, Texas 78570**

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned counsel at the address indicated below.

Respectfully submitted,

      /s/ Terry D. Key
TERRY D. KEY
State Bar Number 11370200
P.O. Box 1247
Weslaco, Texas   78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402
Attorney in Charge for Hartley Produce

OF COUNSEL:
JONES, GALLIGAN, KEY & LOZANO, L.L.P.

## CERTIFICATE OF SERVICE

I, **TERRY D. KEY**, hereby certify that a true and correct copy of the foregoing Notice of Appearance of Agent Combined with Request for Service of Notice has been served by first class U.S. mail upon the following parties in interest on the 7th day of January, 2015 :

Debtor's Attorney:
Mr. Peter Johnson
Law Office of Peter Johnson
Eleven Greenway Plaza
Suite 2820
Houston, Texas 77046

Trustee:
Eva S. Engelhart
Ross Banks May Cron and Cavin PC
2 Riverway
Ste. 700
Houston, Texas 77056-1918

      /s/ Terry D. Key
TERRY D. KEY