## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      14-36113
Case Name:     SUN BELT COMMODITIES, INC.
Trustee Name:  Eva Engelhart

Balance on hand:     $533,421.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Harris County et al | $82,590.88 | $0.00 | $0.00 | $0.00 |
| 21 | Propel Financial Services, LLC | $82,909.32 | $0.00 | $0.00 | $0.00 |
| 22 | East West Bank | $3,120,287.18 | $0.00 | $0.00 | $0.00 |
| 23-2 | East West Bank | $115,902.27 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $533,421.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Eva Engelhart, Trustee Fees | $66,617.01 | $0.00 | $66,617.01 |
| Eva Engelhart, Trustee Expenses | $2,349.57 | $0.00 | $2,349.57 |
| Nathan Sommers Jacobs, Attorney for Trustee Fees | $60,694.00 | $60,694.00 | $0.00 |
| Nathan Sommers Jacobs, Attorney for Trustee Expenses | $3,992.92 | $3,992.92 | $0.00 |
| William G. West, C.P.A., Accountant for Trustee Fees | $34,469.62 | $34,469.62 | $0.00 |
| William G. West, C.P.A., Accountant for Trustee Expenses | $432.25 | $432.25 | $0.00 |
| United States Trustee, U.S. Trustee Quarterly Fees | $1,625.00 | $0.00 | $1,625.00 |
| NATHAN SOMMERS JACOBS, A PROFESSIONAL CORPORATION, Attorney for Trustee Fees | $13,032.50 | $13,032.50 | $0.00 |
| Carrigan McCloskey & Roberson, L.L.P., Special Counsel for Trustee Fees | $323,500.00 | $323,500.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | |
|---|---:|---:|---:|
| NATHAN SOMMERS JACOBS, A PROFESSIONAL CORPORATION, Attorney for Trustee Expenses | $626.92 | $626.92 | $0.00 |
| Carrigan McCloskey & Roberson, L.L.P., Special Counsel for Trustee Expenses | $55,517.09 | $55,517.09 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $70,591.58
Remaining balance: $462,830.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Mansfield Oil Company, Trade debt | $19,010.67 | $19,010.67 | $0.00 |

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $462,830.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $24,770.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 4 | Premium Foods, Inc. | $24,563.57 | $0.00 | $24,563.57 |
| 32 | TEXAS WORKFORCE COMMISSION | $206.94 | $0.00 | $206.94 |

Total to be paid to priority claims: $24,770.51
Remaining balance: $438,059.89

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $348,318.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 6 | Moto Group | $20,124.50 | $0.00 | $20,124.50 |
| 7 | American Solutioins for Business | $1,157.84 | $0.00 | $1,157.84 |
| 8 | Perk Up Inc. dba Kari-Out Company | $2,874.55 | $0.00 | $2,874.55 |
| 9 | THAO TRAN-MONTEMAYOR | $1,189.60 | $0.00 | $1,189.60 |
| 11 | Logix Communications | $676.20 | $0.00 | $676.20 |
| 14 | Moto Group | $12,051.00 | $0.00 | $12,051.00 |
| 15 | RM Asian Vegetables Farm | $1,962.50 | $0.00 | $1,962.50 |
| 17 | Mansfield Oil Company | $93,190.15 | $0.00 | $93,190.15 |
| 18 | Moto Group | $114,866.56 | $0.00 | $114,866.56 |
| 19 | Jireh Produce Sales, Inc. | $32,763.00 | $0.00 | $32,763.00 |
| 20 | Moto Group | $29,730.57 | $0.00 | $29,730.57 |
| 24 | Sprint Nextel | $2,865.01 | $0.00 | $2,865.01 |
| 25 | NEC Financial Services | $9,639.03 | $0.00 | $9,639.03 |
| 29 | Gold Taste Foods Distributor | $8,124.20 | $0.00 | $8,124.20 |
| 30 | Moto Group | $17,104.20 | $0.00 | $17,104.20 |

Total to be paid to timely general unsecured claims: $348,318.91
Remaining balance: $89,740.98

Tardily filed claims of general (unsecured) creditors totaling $1,613,010.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 31 | Logix Communications | $8,037.73 | $0.00 | $447.19 |
| 35-2 | Yung Hua Chu | $656,000.00 | $0.00 | $36,497.03 |
| 38-3 | Van Faily Fund | $427,362.55 | $0.00 | $23,776.62 |
| 40 | Yung Nien Huang | $120,000.00 | $0.00 | $6,676.30 |
| 41 | Tommy Lee | $57,800.00 | $0.00 | $3,215.74 |
| 42 | L & V Enterprises Co. | $117,809.75 | $0.00 | $6,554.43 |
| 43 | Xingyin Yang | $150,000.00 | $0.00 | $8,345.36 |
| 44 | New Terry LLC | $76,000.00 | $0.00 | $4,228.31 |

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $89,740.98 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**